UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────X

In re:

       HOWARD CHARLES FRIEDMAN,

       CHAPTER 7
       CASE NO. 04-42665 (ALG)

       Debtor.
───────────────────────────────────X

## NOTICE OF UNCASHED DIVIDEND

Angela Tese-Milner, Chapter 7 Trustee of the estate of Sarah Louie certifies that on or about October 7, 2008 she mailed out the following checks:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 114 | Bank of New York | P.O. Box 6042<br>Mt. Vernon, New York 10558-6042 | $5,953.29 |

**TOTAL**                                                                        **$5,953.29**

and that said check remains uncashed and that on or about December 9, 2010 she requested a stop payment of said check which was successful.

The Trustee hereby submits a check in the amount of $ 5,953.29 to the Clerk of the Court.

Dated: New York, New York
       December 15, 2010                          __s/Angela Tese-Milner_____
                                                       Angela Tese-Milner, Esq. (ATM-9110)
cc: Office of the United States Trustee